IN THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

| | | |
|---|---|---|
| ROBERT TAYLOR, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No: 12SL-CC00074 |
| | ) | |
| UNITED PARCEL SERVICE, INC., JASON SCHMIDT, ADAM TRAW, KARLA MCCLENDON, and SHARON THOMPSON, | ) ) ) | Division No. 12 |
| | ) | |
| Defendants. | ) | |

## VOLUNTARY DISMISSAL

**COMES NOW**, Plaintiff, Robert Taylor, III, and hereby moves this court to grant Plaintiff's voluntary dismissal without prejudice of Defendants Jason Schmidt, Adam Traw, Karla McClendon, and Sharon Thompson.

Respectfully,

KAYIRA, LLP

By: _____
Eric F. Kayira,           #50672
Irene Costas,             #60825
10 South Lyle Avenue
Clayton, Missouri 63105
Telephone: 314-727-3100
Fax: 314-727-3101
Email: eric.kayira@kayiralaw.com
Email: irene.costas@kayiralaw.com
*Attorneys for Plaintiff*

SO ORDERED: _____

DATE: 4-2-12